UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIYARI RAHEEM HOGAN,
    Plaintiff,

vs.                                        Case No.:  3:22cv1495/MCR/ZCB

MATHEW RODEN, et al.,
    Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on December 22, 2023.  (Doc. 46).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 46) is adopted and incorporated by reference in this order.

2.    The Defendants' Motion to Dismiss, (Doc. 37), is **GRANTED**, and Plaintiff's second amended complaint (Doc. 18) is **DISMISSED with prejudice** for failure to state a claim.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 28th day of March 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**